IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:03cr63-MHT |
| WENDALL JEFFERSON | ) | (WO) |

ORDER

Following the passage of the Fair Sentencing Act of 2010, Pub. L. 111-220, and the United States Sentencing Commission's issuance of retroactive sentencing guidelines for crack cocaine cases, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered this date and after an independent and de novo review of the record, it is ORDERED that defendant Wendall Jefferson's motion to reduce sentence (doc. no. 89) is denied and defendant Jefferson is not entitled to a reduction exceeding that

already granted by this court pursuant to its order of September 2, 2009 (doc. no. 88).

DONE, this the 20th day of November, 2013.

                           /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**