IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:03cr63-MHT |
| | ) | (WO) |
| WENDALL JEFFERSON | ) | |

**ORDER**

Based on the representations made on the record on April 21, 2017, it is ORDERED as follows:

(1) The recommendation of the Retroactivity Screening Panel (doc. no. 100) concerning the retroactive application of sentencing guidelines to defendant Wendall Jefferson is set for submission, without argument, on June 16, 2017.

(2) Defendant Jefferson is to file his brief by May 26, 2017.

(3) The government is to file its brief by June 9, 2017.

(4) Defendant Jefferson may file a reply by June 16, 2017.

DONE, this the 25th day of April, 2017.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE