IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:03cr63-MHT |
| | ) | (WO) |
| WENDALL JEFFERSON | ) | |

ORDER

Based on the representations made on the record on October 6, 2021, it is ORDERED that the conditions of supervision for defendant Wendall Jefferson are amended to reflect the following:

(1) The mental-health professional providing defendant Wendall Jefferson with individual psychotherapy will determine both the frequency of his sessions and when they will be terminated.

(2) The probation office will determine when, or if, to initiate the process to transfer defendant Jefferson's supervision to the Northern District of Georgia.

DONE, this the 6th day of October, 2021.

                                               /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE